**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

DONALD JENKINS, :
:
    Plaintiff, :
:
v. :   Case No. 1:09-CV-153 (WLS)
:
PARDON AND PAROLE BOARD, *et al.*, :
:
    Defendants. :
_____ :

## **ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Claude W. Hicks, Jr., filed February 23, 2010. (Doc. 16). It is recommended that unidentified defendants "Cert. Sgt." and "Unknown Cert. Officer" named in Plaintiff's Complaint (Doc. 1) be **DISMISSED** as parties to the instant action. (Doc. 16). No objection has been filed to date.

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 16) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants Cert. Sgt. and Unknown Cert. Officer are hereby **DISMISSED** as parties to the instant action.

    **SO ORDERED**, this 30th day of April, 2010.

                                                              /s/ W. Louis Sands
                                                            **THE HONORABLE W. LOUIS SANDS,
                                                             UNITED STATES DISTRICT COURT**