IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

DONALD JENKINS,

    Plaintiff,

v.                                           Case No. 1:09-cv-153 (WLS)

PARDON AND PAROLE BOARD, *et al.*,

    Defendants.

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed December 14, 2010. (Doc. 35). It is recommended that Plaintiff's action (*see* Docs. 1, 15, 21) be dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute. (Doc. 35).

The Report and Recommendation provided the Parties with fourteen (14) days[1] from the date of its service to file written objections to the recommendations therein. (*Id.*). The period for filing objections expired on December 31, 2010; no objections have been filed to date. (*See* Docket).

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 35) should be, and hereby is, **ACCEPTED, ADOPTED** and made the

---

[1] The Parties were given an additional three days because service was made by mail. *See* Fed. R. Civ. P. 6(d) (adding three days to specified period within which a party may act if service is made under Rule 5(b)(2)(C) by mailing process to a party's last known address).

1

Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's action (*see* Docs. 1, 15, 21) is **DISMISSED WITHOUT PREJUDICE**.

      **SO ORDERED**, this  14th  day of January 2011.

                                          /s/ W. Louis Sands
                                      **THE HONORABLE W. LOUIS SANDS,
                                        UNITED STATES DISTRICT COURT**